**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROOFPOINT INC., ) | Case No.: 11-CV-02288-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER SETTING BRIEFING |
| INNOVA PATENT LICENSING LLC, ) | SCHEDULE |
| ) | |
| Defendant. ) | |
| ) | |

On June 2, 2011, Defendant filed a motion to dismiss. The Court hereby sets an advanced briefing schedule:

Opposition: due June 23, 2011

Reply: due June 30, 2011

If possible, the Court will decide the motion on the papers and vacate the hearing date of August 25, 2011.

**IT IS SO ORDERED.**

Dated: June 6, 2011

_____
LUCY H. KOH
United States District Judge

1
Case No.: 11-CV-02288-LHK
ORDER SETTING BRIEFING SCHEDULE