UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROOFPOINT INC., <br><br> Plaintiff, <br> v. <br><br> INNOVA PATENT LICENSING LLC, <br><br> Defendant. | Case No.: 11-CV-02288-LHK <br><br><br> ORDER DISMISSING MOTION TO DISMISS AS MOOT |

On June 2, 2011, Defendant filed a motion to dismiss. On June 23, 2011, Plaintiff filed a First Amended Complaint. Plaintiff's amendment was timely under Federal Rule of Civil Procedure 15(a)(1)(B). Therefore, the Court denies Defendant's motion to dismiss as moot.

**IT IS SO ORDERED.**

Dated: June 29, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-02288-LHK
ORDER DISMISSING MOTION TO DISMISS AS MOOT