UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROOFPOINT INC., ) | Case No.: 11-CV-02288-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER SETTING DEADLINE FOR |
| INNOVA PATENT LICENSING LLC, ) | AMENDING PLAINTIFF'S |
| ) | COMPLAINT |
| Defendant. ) | |
| ) | |

On October 17, 2011, the Court Plaintiff's claims in the above-mentioned action with leave to amend. ECF No. 25. Plaintiff has not yet filed an amended complaint. The Court now orders Plaintiff to file an amended complaint by January 17, 2012. If Plaintiff fails to file an amended complaint, the case will be dismissed.

**IT IS SO ORDERED.**

Dated: January 10, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 11-CV-02288-LHK
ORDER SETTING DEADLINE FOR PLAINTIFF'S COMPLAINT