ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
CHRISTOPHER P. GREWE (SBN 245938)
cgrewe@carrferrell.com
CARR & FERRELL *LLP*
120 Constitution Drive
Menlo Park, California 94025
Telephone: (650) 812-3400
Facsimile: (650) 812-3442

Attorneys for Plaintiff PROOFPOINT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROOFPOINT, INC., <br><br> Plaintiff, <br><br> v. <br><br> INNOVA PATENT LICENSING, LLC, <br><br> Defendant. | Case No.: 5:11-CV-02288-LHK <br><br> ~~[PROPOSED]~~ <br> ORDER FOR DISMISSAL |

The Court having considered the Joint Stipulation for Dismissal of the entire action filed by Plaintiff PROOFPOINT, INC. and Defendant INNOVA PATENT LICENSING, LLC, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and for good cause shown, hereby dismisses the entire action with prejudice. Each party shall bear its own attorneys fees and costs.

IT IS SO ORDERED.

Dated: January 13, 2012

_____
UNITED STATES DISTRICT COURT JUDGE

{00573211v1}